1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   AOUS JARRAR,

11           Petitioner,                        No. CIV S-09-1684 GGH P

12        vs.

13   RONALD BARNES,

14           Respondent.                        ORDER

15   _____/

16          Petitioner, a state prisoner proceeding with counsel, has filed an application for a

17   writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

18          Since petitioner may be entitled to the requested relief if the claimed violation of

19   constitutional rights is proved, respondents will be directed to file a response to petitioner's

20   application.

21          In accordance with the above, IT IS HEREBY ORDERED that:

22          1.  Respondents are directed to file a response to petitioner's application within

23   sixty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer

24   shall be accompanied by any and all transcripts or other documents relevant to the determination

25   of the issues presented in the application.  See Rule 5, Fed. R. Governing § 2254 Cases;

26   /////

1

1     2.  Petitioner's reply, if any, shall be filed and served within thirty days of service

2  of an answer;

3     3.  If the response to petitioner's application is a motion, petitioner's opposition or

4  statement of non-opposition shall be filed and served within thirty days of service of the motion,

5  and respondents' reply, if any, shall be filed within fifteen days thereafter; and

6     4.  The Clerk of the Court shall serve a copy of this order, *the*

7  *consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this court*

8  together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C.

9  § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

10  DATED: June 26, 2009

11

12                                        /s/ Gregory G. Hollows

13                                        GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

14  GGH:md
    jarr1684.100.fee

15

16

17

18

19

20

21

22

23

24

25

26

2