IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AOUS JARRAR,

      Petitioner,                  No. CIV S-09-1684 FCD GGH P

   vs.

RONALD BARNES,

      Respondent.               ORDER

_____/

        Petitioner, a state prisoner proceeding with counsel, has filed a request to proceed in forma pauperis on appeal. A party who has been permitted to proceed in forma pauperis in the district court may proceed in forma pauperis on appeal without further authorization unless the district court determines that the appeal is not taken in good faith. Fed. R. App. P. 24(a)(3)(A). . Petitioner paid the filing fee upon filing his petition in the district court and has thus not been proceeding in forma pauperis in this matter. Therefore, he has not automatically entitled to proceed in forma pauperis on appeal. Hunt v. Finn, 2009 WL 5197871 * 1 (E.D. Cal. 2009).

        The petition was dismissed without prejudice on December 9, 2009, and judgment thereon entered. On January 26, 2010, petitioner's request for a certificate of appealability was denied. Under Rule 24(a)(1) of the Federal Rules of Appellate Procedure, a party who seeks to proceed in an appeal in forma pauperis must file a motion in the district court, attaching an

1

1 affidavit setting forth the party's inability to pay; claiming an entitlement to redress; and stating
2 the issues intended by the party to be presented on appeal.  Petitioner's application does not
3 include the issues which he intends to present on appeal and is not in full compliance with the
4 requirements of Fed. R. App. P. 24(a)(1).
5      Accordingly, IT IS ORDERED that petitioner's request to proceed in forma
6 pauperis on appeal, filed on January 27, 2010 (docket # 24), is denied.
7 DATED: March 31, 2010.

/s/ Frank C. Damrell, Jr.
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE